# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JASON CLOWREY and NICOLA
CLOWREY,

     **Plaintiffs,**

v.              **Case No:   6:15-cv-1831-Orl-31KRS**

NOREEN BROOKS,

     **Defendant.**

_____

# ORDER

  This cause comes before the Court on Cross-Plaintiffs' Motion for Final Judgment Against Cross-Defendant Brooks (Doc. No. 46), filed March 29, 2016.

  On June 20, 2016, the United States Magistrate Judge issued a report (Doc. No. 49) recommending that the motion be granted in part. No objections have been filed.   Therefore, it is

  **ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  Plaintiffs' claims against Noreen Brooks are **DISMISSED without prejudice**, pursuant to Local Rule 1.07(b).

3.  The Cross-Plaintiffs' Motion for Final Judgment Against Cross-Defendant Noreen Brooks is **GRANTED in part** in that Noreen Brooks is liable to Terrance Paul Donaghue, Terrance Donaghue International Enterprises, Inc., and Chamberlains Real Estate International, Inc. for fraud in the amount of $28,184.00.

4.     The Clerk is directed to enter judgment consistent with this order and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 19, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party